**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Alejandro Javier LAZOS–ORTIZ,
Defendant–Appellant.**

**No. 07–50783
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 30, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Robert Ramos, Attorney at Law, El Paso, TX, for Defendant–Appellant.

Before KING, DAVIS and CLEMENT, Circuit Judges.

PER CURIAM: *

Alejandro Javier Lazos–Ortiz (Lazos) appeals his convictions for conspiring to harbor and encourage illegal aliens, aiding and abetting the harboring of illegal aliens, and aiding and abetting the encouraging of aliens illegally entering the United States. He asserts that the evidence is insufficient to support his convictions because, although there may have been some evi-

dence linking him to some of the alien stash houses discussed at trial, there was no evidence that he had ties to the stash house raided on October 12, 2006, the date alleged in the indictment.

Because Lazos failed to move for a judgment of acquittal, we review his sufficiency argument to determine whether "the record is devoid of evidence pointing to guilt." *United States v. Delgado*, 256 F.3d 264, 274 (5th Cir.2001). "The prosecution is not required to prove the exact date [alleged in the indictment]; it suffices if a date reasonably near is established." *United States v. Powers*, 168 F.3d 741, 746 (5th Cir.1999). We have reviewed the record and the arguments of the parties, and we conclude that the record is not devoid of evidence supporting a conclusion that Lazos engaged in an alien-harboring conspiracy and harbored and encouraged illegal aliens. *See Delgado*, 256 F.3d at 274. The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.